Monte J. White & Associates, P.C.
Monte J. White, State Bar No. 00785232
1106 Brook Ave
Wichita Falls TX  76301
(940)-723-0099
(940)-723-0096 Fax

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.09-70489-HDH |
| Travis Bryce Porter | § | |
| and | § | CHAPTER 13 |
| Heather Kathleen Porter | § | |
| Debtor(s) | § | |
| | § | |

## MOTION TO WAIVE WAGE DIRECTIVE

NOW COMES, Travis Bryce Porter and Heather Kathleen Porter, in the above-styled and numbered cause, and file this Motion to Waive Wage Directive on behalf of Debtor(s), and in support thereof would respectfully show unto the Court as follows:

1. Debtor(s) filed a Chapter 13 Bankruptcy on 9/24/2009.

2. Debtor(s) are asking the Court to waive the requirement of payroll deduction for their Chapter 13 payment. Debtor, Travis Porter is self-employed and joint debtor, Heather Porter does not make enough income to cover the plan payment.

WHEREFORE, Debtor(s) Travis Bryce Porter and Heather Kathleen Porter, pray that the Motion to Waive Wage Directive filed on Behalf of Debtor(s) be granted and for such other and further relief to which said Debtor(s) may be entitled, either at law or in equity.

Respectfully submitted,

/s/Monte J. White, SBN 00785232
Attorney for debtor(s)

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on 10/30/2009 the office of the Chapter 13 Trustee was contacted and this office was advised that the Trustee

☑    does not oppose the motion

☐    opposes the motion

s/Monte J. White
Attorney for Debtor

CERTIFICATE OF SERVICE

    I, Monte J. White, do hereby certify that I served a true and correct copy of the foregoing Motion to the parties listed on the following parties by ECF and/or regular mail on November 3, 2009.

CHAPTER 13 TRUSTEE
Walter O'Cheskey
6308 Iola Ave
Lubbock, TX 79424

U.S. TRUSTEE
William T. Neary
1100 Commerce St., Rm 9SC60
Dallas, TX 75242

DEBTORS
Travis Bryce Porter
Heather Kathleen Porter
398 PR 341
Nocona, TX 76255

s/Monte J. White
Attorney for Debtor